**No. 47238.**—Protest 66907–K of Saji Trading Co., Ltd. (Los Angeles).

Opinion by WALKER, J. When the case was called for trial it was conceded

and stipulated that certain of the items in question consist of manufactures of pulp and not articles manufactured in part of bamboo. The claim at 30 percent under paragraph 1403 was sustained as to those items.